Case: 1:11-cr-00006-SSB Doc #: 39 Filed: 02/20/15 Page: 1 of 1 PAGEID #: 96

AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

United States of America
v.
Timothy Lyles

Case No: 1:11-CR-06
USM No: 69241-061

Date of Original Judgment: 02-28-2012
Date of Previous Amended Judgment: _____
*(Use Date of Last Amended Judgment if Any)*

Gordon G. Hobson, Esq.
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  X  the defendant  ☐  the Director of the Bureau of Prisons  ☐  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.   X GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   30 months on Count One   months **is reduced to**   24 months on Count One  .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   02-28-2012   shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   February 17, 2015

Effective Date:   November 1, 2015
*(if different from order date)*

_____
Judge's signature

Sandra S. Beckwith, Senior U.S. District Judge
*Printed name and title*